**CURRY v MANFULL, etc, et**

Ohio Supreme Court
No 22297. Decided Dec. 24, 1930

Kinkade, Robinson, Matthias, Day and Allen, JJ, concur.

Marshall, CJ, Kinkade, Jones, Matthias, Day and Allen, JJ, concur.

**EVANS v STATE**

Ohio Supreme Court
No 22203. Decided Dec. 17, 1930

**CANTON-EAST LIVERPOOL COACH CO v P U C**

Ohio Supreme Court
No 22302. Decided Dec. 24, 1930

Kinkade, Robinson, Jones, Matthias and Allen, JJ, concur. Marshall, CJ, and Day, J, dissent.